**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF MARYLAND

Case number *(if known)* _____    Chapter   **11**

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy        04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Touchstone Logistics LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-2683122** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **9805-B York Road** **Suite 293** **Cockeysville, MD 21030** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Baltimore** County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **Touchstone Logistics LLC**                                           Case number (*if known*) _____
            Name

**7.**  **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __4841__

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor   **Touchstone Logistics LLC**                    Case number (*if known*) _____

Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____   Relationship _____

District _____   When _____   Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **Touchstone Logistics LLC**        Case number (*if known*) _____

Name

☐ $50,001 - $100,000       ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion

☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion

☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million       ☐ More than $50 billion

Debtor   **Touchstone Logistics LLC**                                    Case number (*if known*) _____
          Name

| | |
| --- | --- |
| ███ | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 13, 2026**
              MM / DD / YYYY

**X** **/s/ Alan Fabian**                                    **Alan Fabian**
Signature of authorized representative of debtor             Printed name

Title   **Chief Executive Office**

**18. Signature of attorney**

**X** **/s/ Geri Lyons Chase**                               Date   **June 13, 2026**
Signature of attorney for debtor                                    MM / DD / YYYY

**Geri Lyons Chase 09275**
Printed name

**Law Office of Geri Lyons Chase**
Firm name

**2007 Tidewater Colony Drive**
**Suite 2B**
**Annapolis, MD 21401**
Number, Street, City, State & ZIP Code

Contact phone   **410-573-9004**      Email address   **gchase@glchaselaw.com**

**09275 MD**
Bar number and State

Fill in this information to identify the case:

Debtor name   **Touchstone Logistics LLC**

United States Bankruptcy Court for the:   **DISTRICT OF MARYLAND**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ACS Asset Holdings 422 Madison Avenue, Ste 106 New York, NY 10016** | | | | | | $173,405.00 |
| **Bowman Leasing 3523 Marmenco Baltimore, MD 21230** | | | | | | $4,600.00 |
| **Business Expansion 104 E. 25th Street, Tenth Floor New York, NY 10010** | | | | | | $24,642.00 |
| **Cambridge Advance 99 Washington Avenue, Suite 700 Albany, NY 12260** | | | | | | $96,664.00 |
| **Eljay 2715 Coney Ave Brooklyn, NY 11236** | | | | | | $17,357.00 |
| **Fundbox 5760 Legacy Drive Suite B3-535 Fort Worth, TX 76155** | | | | | | $85,000.00 |
| **Fundpro 7366 N. Lincoln Ave., Suite 102 Lincolnwood, IL 60712** | | | | | | $16,377.00 |
| **Kash Advance 1545 US 202 Suite 101 Pomona, NY 10970** | | | | | | $101,250.00 |
| **Krown Capital 655 Middle Country Road Saint James, NY 11780** | | | | | | $115,127.00 |

Debtor **Touchstone Logistics LLC**
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **MD DHCD** **7800 Harkins Road** **Lanham, MD 20706** | | | | | | **$178,813.00** |
| **Motive Financial Products LLC** **61 John Muir Dr., Suite GS-120B** **Buffalo, NY 14228** | | | | | | **$28,537.71** |
| **Oakwood** **633-699 NE 167th Street, Number 814** **Miami, FL 33162** | | | | | | **$162,630.00** |
| **Penske Leasing** **5 Nashua Court** **Essex, MD 21221** | | | | | | **$80,000.00** |
| **Power Funding** **2433 Knapp Street** **Brooklyn, NY 11235** | | | | | | **$17,437.00** |
| **Premier Leasing** **5201 Tennyson Pkwy, Suite 250** **Irving, TX 75014** | | | | | | **$17,000.00** |
| **Ryder Leasing** **11690 NW 105th St** **Miami, FL 33178** | | | | | | **$250,000.00** |
| **Small Business Administration** **14925 Kingsport Road** **Fort Worth, TX 76155** | | **Blanket Lien** | | **$294,900.00** | **$65,800.00** | **$229,100.00** |
| **Speedy Funding** **243 Tresser Blvd, Suite 18** **Stamford, CT 06901** | | | | | | **$30,000.00** |
| **Timeless** **5014 16th Ave, Suite 124** **Brooklyn, NY 11204** | | | | | | **$48,661.00** |
| **Woodmere** **132 Franklin Place** **Woodmere, NY 11598** | | | | | | **$195,206.00** |

# United States Bankruptcy Court
## District of Maryland

In re   **Touchstone Logistics LLC**                                      Case No. _____

Debtor(s)                        Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **JATAP Group LLC**<br>**9805B York Road**<br>**Suite 293**<br>**Cockeysville, MD 21030** | | | **Membership Interest** |
| **Omega Consulting Group, Inc.**<br>**9357 Sarah Shelton Lane**<br>**Mechanicsville, VA 23116** | | | **Membership Interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Executive Office** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **June 13, 2026** _____          Signature **/s/ Alan Fabian** _____

**Alan Fabian**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## District of Maryland

In re **Touchstone Logistics LLC**

Debtor(s)

Case No.

Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Office of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **June 13, 2026**

**/s/ Alan Fabian**

**Alan Fabian**/**Chief Executive Office**
Signer/Title

ACS Asset Holdings
422 Madison Avenue, Ste 106
New York, NY 10016


Alan Fabian


Bowman Leasing
3523 Marmenco
Baltimore, MD 21230


Business Expansion
104 E. 25th Street, Tenth Floor
New York, NY 10010


Cambridge Advance
99 Washington Avenue, Suite 700
Albany, NY 12260


Eljay
2715 Coney Ave
Brooklyn, NY 11236


Fundbox
5760 Legacy Drive
Suite B3-535
Fort Worth, TX 76155


Fundpro
7366 N. Lincoln Ave., Suite 102
Lincolnwood, IL 60712


Kash Advance
1545 US 202 Suite 101
Pomona, NY 10970

Krown Capital
655 Middle Country Road
Saint James, NY 11780


MD DHCD
7800 Harkins Road
Lanham, MD 20706


Motive Financial Products LLC
61 John Muir Dr., Suite GS-120B
Buffalo, NY 14228


Oakwood
633-699 NE 167th Street, Number 814
Miami, FL 33162


Penske Leasing
5 Nashua Court
Essex, MD 21221


Power Funding
2433 Knapp Street
Brooklyn, NY 11235


Premier Leasing
5201 Tennyson Pkwy, Suite 250
Irving, TX 75014


Ryder Leasing
11690 NW 105th St
Miami, FL 33178


Small Business Administration
14925 Kingsport Road
Fort Worth, TX 76155

Speedy Funding
243 Tresser Blvd, Suite 18
Stamford, CT 06901


Timeless
5014 16th Ave, Suite 124
Brooklyn, NY 11204


Veneers LLC
P.O. Box 27
Cockeysville, MD 21030


Woodmere
132 Franklin Place
Woodmere, NY 11598

# United States Bankruptcy Court
## District of Maryland

In re **Touchstone Logistics LLC**

Debtor(s)

Case No. _____

Chapter **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Touchstone Logistics LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 13, 2026**

Date

**/s/ Geri Lyons Chase**

**Geri Lyons Chase 09275**

Signature of Attorney or Litigant

Counsel for   **Touchstone Logistics LLC**

**Law Office of Geri Lyons Chase**
**2007 Tidewater Colony Drive**
**Suite 2B**
**Annapolis, MD 21401**
**410-573-9004 Fax:410-630-5767**
**gchase@glchaselaw.com**