**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**Baltimore Division**

| | | |
|---|---|---|
| **In Re:** | * | |
| | * | |
| **Touchstone Logistics, LLC** | * | **Case Number 26-16358** |
| **Debtor** | * | **Chapter 11, Subchapter V** |
| | * | |
| | * | |

**MOTION TO ALLOW THE DEBTOR'S REPRESENTATIVE**
**TO APPEAR REMOTELY AT THE EXPEDITED HEARING**
**ON MOTION TO PAY PREPETITION WAGES**
**AND MOTION FOR AUTHORITY TO USE CASH COLLATERAL**

The Debtor, Touchstone Logistics, LLC, by and through its attorney, Geri Lyons Chase, files this request to allow the Debtor's Representative to appear remotely for the hearings on the Motion to Pay Prepetition Wages and Motion for Authority to Use Cash Collateral and as grounds therefore states as follows:

1. The Debtor, Touchstone Logistics, LLC., filed a petition for relief as a Subchapter V debtor, pursuant to 11 U.S.C. §§1181, et seq, on June 13, 2026. Stephen Metz has been appointed Subchapter V Trustee under §1183.

2. The Debtor's representative, Alan Fabian, is currently scheduled to be out of town on Thursday, June 18, 2026. The Debtor's wife has been diagnosed with a serious medical condition which will require extensive surgery later this month and the Debtor's representative and his wife are scheduled to be out of town to address family matters prior to that surgery.

3. The Debtor's representative is aware of the seriousness of this hearing and is only making this request in order to address his family needs and in order to actively pursue the disposition of these motions before the Court.

4.      Debtor's counsel is available and will be present in the courtroom on June 18, 2026.

5.      The Debtor does not expect opposition to the motions and does not believe that a remote appearance with prejudice any party.

WHEREFORE, the Debtor prays:

a.   That this Honorable Court enter an order allowing the Debtor's representative to appear remotely at the hearing before the Court on June 18, 2026,

b.   and for such other and further relief as this cause may require.

`                 Respectfully Submitted,

/s/ Geri Lyons Chase
Geri Lyons Chase, Fed. Bar Number 09275
Law Office of Geri Lyons Chase
2007 Tidewater Colony Drive, Suite 2B
Annapolis MD 21401
410-573-9004
Fax 410-630-5747
gchase@glchaselaw.com
Attorney for Debtor,
Touchstone Logistics, LLC.

CERTFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of June, 2026,  I served via CM/ECF, a copy of this Motion to Allow Remote Appearance to:

- **US Trustee - Baltimore**    USTPRegion04.BA.ECF@USDOJ.GOV
- **Hugh M. Bernstein**   Hugh.M.Bernstein@usdoj.gov
- **Stephen Metz**          smetz@offitkurman.com

/s/ Geri Lyons Chase
Geri Lyons Chase